**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**

In Re: Application for Exemption from the
Electronic Public Access Fees by                Case #: MP 11-103
Schools of the Sacred Hearts - San Francisco
_____.

### ORDER

    Schools of the Sacred Hearts - San Francisco has requested a PACER exemption based on the erroneous assumption that "We need this information to ensure that families owing the school money are listing our school as a creditor." That information is not necessary, as a debt to the school may be discharged based on the school's knowledge of the bankruptcy regardless of how or whether the debt is listed and the school may establish its claim, regardless of scheduling, by filing a proof of claim.

    In addition, nonprofit organizations may establish an exemption to PACER fees only if they can show they cannot afford to pay and that allowing the exemption would promote public access to information. Waiver of the fee is not appropriate when the nonprofit organization is acting in its own interests as a private creditor.

    For the above reasons, the request is denied.

Dated: November 21, 2014

Alan Jaroslovsky
Chief Bankruptcy Judge