Apr. 21, 2015

**From: Wook Song**
3245 Santa Sophia Way
Union City, CA 94587
408-314-3477

**To:**
US Bankruptcy Court
Attn: PACER Fee Exemption
PO Box 7341
San Francisco, CA 94120-7341

Dear Sir:

This letter is to request an exemption of PACER Fee. I am one of the creditors

in the case of bankruptcy case of case# (4:15-bk-41184) of Hauzen, Inc.

I am retired and on a fixed income and in a tight budget. I would appreciate

if you grant an exemption for me.

Sincerely,

*[signature]*
Wook Song