The following constitutes
the order of the court. Signed April 30, 2015

Roger L. Efremsky
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Application for Exemption from the Electronic Public Access Fees by Wook Song | **ORDER** DENYING PACER FEES EXEMPTION<br>Case #: MP 15-00402 |

This matter is before the Court upon the application and request by Wook Song for exemption from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts. The Court finds that Wook Song has not demonstrated that an exemption is necessary in order to avoid unreasonable burdens and to promote public access to information. Accordingly, Wook Song's request to be exempt from PACER fees is denied.

*** END OF ORDER ***