

The following constitutes
the order of the court. Signed January 5, 2016

Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Application for Exemption from the Electronic Public Access Fees by Etai Movshovitz | ) **ORDER** <br> ) DENYING PACER FEES EXEMPTION <br> ) <br> ) Case Number: MP 15-00402 <br> ) <br> ) <br> ) |

    This matter is before the Court upon the application and request by Etai Movshovitz for an exemption from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts. The Court finds that Etai Movshovitz has not demonstrated that an exemption is necessary in order to avoid unreasonable burdens and to promote public access to information. Accordingly, Etai Movshovitz's request to be exempt from PACER fees is denied.

***END OF ORDER***